07 CIV 8212

JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EASTERN OCEAN TRANSPORTATION CO. LTD.,

                      Plaintiff,

- against -

TOP LOGISTIC CO. LTD.,

                      Defendant.
-----------------------------------------------------------X

ECF CASE

RECEIVED SEP 20 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: September 20, 2007
      New York, NY

                      The Plaintiff,
                      EASTERN OCEAN TRANSPORTATION CO. LTD.

                      By: _____
                      Nancy R. Peterson (NP 2871)
                      Patrick F. Lennon (PL 2162)
                      LENNON, MURPHY & LENNON, LLC
                      The Gray Bar Building
                      420 Lexington Ave., Suite 300
                      New York, NY 10170
                      (212) 490-6050
                      facsimile (212) 490-6070
                      nrp@lenmur.com
                      pfl@lenmur.com