CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JO TANKERS BV,                                    :
                                                  :
                                                  :
                    Plaintiff,                    :    **07-CV-8084**
                                                  :
         v.                                       :    **NOTICE OF**
                                                  :    **<u>APPEARANCE</u>**
COMERCIALIZADORA DE PETROQUIMICOS                 :
Y QUIMICOS C.A. a/k/a COPEQUIM,                   :
                                                  :
                                                  :
                    Defendants.                   :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       September 19, 2007

                CLARK, ATCHESON & REISERT
                Attorneys for Garnishee
                Societe Generale New York Branch

      By: _____
            Richard J. Reisert (RR-7118)
            7800 River Road
            North Bergen, NJ  07047
            Tel: (201) 537-1200
            Fax: (201) 537-1201
            Email:  reisert@navlaw.com