BATTS.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/31/07 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EASTERN OCEAN TRANSPORTATION CO. LTD.,

              Plaintiff,

- against -

TOP LOGISTIC CO. LTD.,

              Defendant.
---------------------------------------------------------------X

07 Civ. 8212 (DAB)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance by the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The maritime attachment in this matter issued pursuant to Supplemental Admiralty Rule B is hereby vacated and all garnishee banks, including but not limited to, J.P. Morgan Chase, are directed to immediately release all funds attached pursuant to the Ex-Parte Order(s) of Maritime Attachment issued herein back to the remitter/originator of the wire(s).

Dated: October 24, 2007
Southport, CT

              The Plaintiff,
              EASTERN OCEAN TRANSPORTATION CO. LTD.

              By: _____
              Nancy R. Peterson
              Patrick F. Lennon
              LENNON, MURPHY & LENNON, LLC
              The Gray Bar Building
              420 Lexington Ave., Suite 300
              New York, NY 10170
              Phone (212) 490-6050
              Fax (212) 490-6070
              nrp@lenmur.com
              pfl@lenmur.com

SO ORDERED:

_Deborah A. Batts_
U.S.D.J.  10/31/07